# Court of Appeals
# of the State of Georgia

ATLANTA, ___April 22, 2016___

*The Court of Appeals hereby passes the following order:*

## A16A0579.  COOK v. SMITH et al.

This case involves an appeal from the trial court's grant of mandamus relief, a matter within the exclusive appellate jurisdiction of the Supreme Court of Georgia. Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Mid-Georgia Environmental Management Group, L.L.L.P. v. Meriwether County*, 277 Ga. 670, 671 (594 SE2d 344) (2004).  Accordingly, the case is TRANSFERRED to the Supreme Court.

The trial court consolidated related cases concerning Cook's lawsuit against members of the Randolph County Board of Education; actions taken by Board members with respect to settlement of the lawsuit; and the Board's refusal to allow Board members Smith and McDonald to vote on matters related to settlement of the lawsuit.  After an evidentiary hearing, the trial court entered an order which included mandamus relief requested to compel the Board to perform an official duty which it had refused to perform – the Court ordered the Board to allow Board members Smith and McDonald to vote on matters before the Board concerning settlement of the lawsuit and payment of funds to Cook.  See OCGA § 9-6-20.  Because Cook's appeal claims the trial court erred by ordering the mandamus relief in favor of Smith and McDonald (although Cook misnames the relief as injunctive), this appeal falls within the exclusive jurisdiction of the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/22/2016___*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*